UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN TURBIN,

                Plaintiff,                    No. 10-CV-14449

vs.                                          Hon. Gerald E. Rosen

SECURE CARE, INC., et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 25, 2012

PRESENT:    Honorable Gerald E. Rosen
                         United States District Chief Judge

This matter having come before the Court on the July 9, 2012 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendants' four Motions to dismiss this action for failure to prosecute and failure to comply with discovery orders, and dismiss Plaintiff's Complaint, in its entirety; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed;[1] and the Court having reviewed the Magistrate Judge's Report and Recommendation,

---

[1] Pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d)(2), Plaintiff's objections were due on July 23, 2012. However, by motion dated July 24, 2012, Plaintiff asked for an extension of time to file objections. The Court granted that motion and gave Plaintiff until August 31, 2012 to file his objections. Plaintiff, however, failed to do so, and, instead, filed a Second Motion for Extension of Time, which the Court also granted, allowing

and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 9, 2012 **[Dkt. # 47]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motions to Dismiss **[Dkt. Nos. 35, 41, 42, 43]** are GRANTED, and the Bay County Defendants substantive motion to dismiss **[Dkt. Nos. 36]** and Secure Care's motion to compel **[Dkt. # 40]** are dismissed as moot.

IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED, in its entirety, with prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: September 25, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

s/Shawntel Jackson for Ruth A. Gunther
Case Manager

---

Plaintiff until September 24, 2012 to file his objections. The Court's Order explicitly advised Plaintiff that "NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED."